IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELAINE VAROZ,

        Plaintiff,

vs.                                                                   No. CIV 10-1119 JB/LAM

NATIONAL CHECK PROCESSING, LLC
and MICHELLE D. TURNER,

        Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court *sua sponte*.  On January 25, 2016, the Court entered an order directing Plaintiff Elaine Varoz, within thirty days, to effect service of process on the Defendants, or to show good cause why the Defendants have not been served. The Court also advised Varoz that, pursuant to rule 4(m) of the Federal Rules of Civil Procedure, failure to comply with the terms of the order to show cause would result in the dismissal of her case against the Defendants without prejudice.  As of this date, Varoz has not effected service, or shown good cause why service has not been effected.

**IT IS ORDERED** that the Plaintiff's First Amended Complaint and case against Defendants is hereby dismissed without prejudice.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE